■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT KISZENIK, Appellant. — Judgment, Supreme Court, New York County (Carmen Ciparick, J., at sentence; Harold Rothwax, J., at suppression hearing), rendered on April 27, 1983, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sandler, J. P., Sullivan, Milonas and Alexander, JJ.

■ In the Matter of CAPITOL PLASTIC CLOTH MFG. CORP. et al., Appellants, v EZRA M. SALAMA, Respondent. — Orders, Supreme Court, New York County (Arthur Blyn, J.), both entered on September 13, 1983, unanimously affirmed for the reasons stated by Blyn, J., at Special Term. Respondent shall recover of appellants one bill of $50 costs and disbursements of these appeals. Concur — Sandler, J. P., Sullivan, Milonas and Alexander, JJ.